IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 10, 2007

Charles R. Fulbruge III
Clerk

No. 06-31205

KELLY ZEIGLER

Plaintiff - Appellant

v.

BP AMERICA PRODUCTION COMPANY

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
2:05-CV-4138

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.